7773. CENTRAL OF GEORGIA RAILWAY COMPANY *v.* SISTRUNK *et al.*

LUKE, J. 1. The questions of law in this case were settled in *Central of Georgia Ry. Co.* v. *Sistrunk,* 16 *Ga. App.* 683 (85 S. E. 954), and the pleadings were amended to conform to the rulings there announced.
2. The evidence authorized the verdict, and no error of law was committed. *Judgment affirmed. Wade, C. J., and George, J., concur.*
DECIDED MARCH 19, 1917.

Certiorari; from Screven superior court—Judge Hardeman. July 3, 1916.

*Saffold & Jordan,* for plaintiff in error.
*E. K. Overstreet,* contra.